UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INOCENCIO VALERO, *et al.*,

                                  Plaintiffs,

-v-

CUGINI PIZZERIA CORP., *et al.*,

                                  Defendants.

No. 17-cv-9179 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/18

RICHARD J. SULLIVAN, District Judge:

       The Court held a fairness hearing today on the proposed settlement in this case. As set forth on the record at the hearing, the Court found that the settlement is fair and reasonable, *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), and that Plaintiff's counsel's request for attorneys' fees and litigation costs is also fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the settlement and award of attorneys' fees and costs are approved.

       IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:       February 16, 2018
                 New York, New York

                                                               RICHARD J. SULLIVAN
                                                               UNITED STATES DISTRICT JUDGE